## Commonwealth *v.* Armstead, Appellant.

Submitted September 17, 1970. *George Armstead,* appellant, in propria persona; *T. Michael Mather* and *Milton M. Stein,* Assistant District

Attorneys, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.